**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-18-H**

**TIMOTHY ROUSE** *et al.*                                                                                    **PETITIONERS**

**v.**

**COMMONWEALTH OF KENTUCKY** *et al.*                                                       **RESPONDENTS**

**MEMORANDUM OPINION AND ORDER**

Timothy Rouse ("Timothy") initiated this action by filing a handwritten document styled "Petition." In the petition, Timothy identified himself and Cynthia Rouse ("Cynthia") as Petitioners. By Memorandum Opinion and Order entered April 15, 2008 (DN 6), the Court construed the "Petition" as a petition for writ of habeas corpus and denied the petition as to Timothy. The Court directed Cynthia to advise this Court of her mailing address; to either pay the $5.00 filing fee or file a fully completed application to proceed without prepayment of fees; and to file her petition for writ of habeas corpus on a court-supplied form. The Court warned Cynthia that her failure to comply with the Order within 30 days would result in dismissal of the petition. Thirty days have passed, and a review of the record reveals that Cynthia has failed to respond to the Court's Order. Accordingly,

**IT IS ORDERED** that the habeas petition is **DENIED without prejudice** as to Cynthia Rouse pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and for failure to prosecute. A separate Order of dismissal will be entered. Because the Court has no address for Cynthia, the Clerk is **directed** to send a copy of this Memorandum Opinion and Order to Cynthia care of the address of record for Timothy Rouse.

Date:

cc:        Petitioners, *pro se*
4412.005